360 A.2d 657

COMMONWEALTH

v.

GRANT, Appellant.

Submitted March 22, 1976. Mark S. Refowich, Assistant Public Defender, for appellant; Michael E. Riskin, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 636

COMMONWEALTH

v.

HANDY, Appellant.

Submitted February 17, 1976. Ronald B. Abrams, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.